SKILTON v. CODDINGTON. (Supreme. Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Raphael M. Skilton against Charles S. Coddington.

PER CURIAM. Motion denied, without costs. The filing of the notice of appeal with the clerk is allowed to stand, under section 1303 of the Code of Civil Procedure, as a sufficient filing thereof with the clerk.

---

SLATTERY, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Delia Slattery against the Metropolitan Street Railroad Company. B. H. Ames, for appellant. D. R. Almy, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, to the sum of $2,649.11, in which event, judgment, as so modified, and order, affirmed, without costs.

---

SLOAN, Respondent, v. BEARD, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by James Sloan against Grace F. Beard. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) In the judicial settlement of accounts of the Trust & Deposit Company of Onondaga, as executor, etc., of William H. H. Smith, deceased.

PER CURIAM. Upon reading and filing stipulation of the attorneys for the respective parties hereto, Edward B. Rawson, as administrator, etc., is substituted as appellant in place and stead of Anna M. Rawson, deceased.

---

SMOENSKY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Term. December 23, 1904.) Appeal from Municipal Court, Borough of Manhattan, Thirteenth District. Action by Jacob Smoensky against the Brooklyn Heights Railroad Company. From a Municipal Court judgment in favor of defendant, plaintiff appeals. Affirmed. Charles Frankel, for appellant. George D. Yeomans (H. F. Ives, of counsel), for respondent.

FREEDMAN, P. J. The pleadings in this action were oral; plaintiff complaining for personal injuries. The appellant's attorney claims that the judgment of the lower court is based upon the fact that the plaintiff at first, upon his cross-examination, testified that he did not sign a certain written statement, and that the court for that reason discredited his whole testimony. This does not so appear. There is nothing from which the court can say upon what ground he rendered judgment in favor of the defendant. There was sufficient testimony offered on the part of the defendant from which the court might have found that the plaintiff sustained no injuries whatever. The only questions at issue were those of fact, and there was a conflict of testimony upon such questions. Judgment affirmed, with costs. All concur.

---

SPANGENBERG, Respondent, v. SCHNEIDER, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Maria Spangenberg against Louise Schneider. No opinion. Motions denied, without costs.

---

SPENCER et al., Respondents, v. PORTIA SHOE MFG. CO., Appellant. COHEN et al. v. SAME. FOLK v. SAME. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Actions by Edward E. Spencer and others, by William Cohen and others, and by John H. Folk, against the Portia Shoe Manufacturing Company. J. Fischer, for appellant. M. Mackenzie, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements, without prejudice to renewal of motion on additional papers, as appellant may be advised.

---

SPENCER, Respondent, v. TOWN OF SARDINIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Ella D. Spencer against the town of Sardinia. No opinion. Judgment and order affirmed, with costs.

---

STATE BANK v. FELDMAN. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by the State Bank against Nathan Feldman. No opinion. Motion denied.

---

STATE BANK, Respondent, v. FELDMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by the State Bank against Nathan Feldman and others. J. P. Joachimson, for appellants. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

STEARNS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Nora Stearns against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, upon notice.

---

STEINHARDT, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Simon L. Steinhardt against the Erie Railroad Company. S. D. Levy, for appellant. F. B. Jennings, for respondent. No opinion. Judgment and order affirmed, with costs.

---

STEINHARDT v. ERIE R. CO. (Supreme Court, Appellate Division, First Department.